UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Jul 29, 2024
KELLY L. STEPHENS, Clerk

No. 24-1180

In re: ARTHUR BELL,

    Movant.

Before: SUTTON, Chief Judge; McKEAGUE and MATHIS, Circuit Judges.

**JUDGMENT**

THIS MATTER came before the court upon the motion by Arthur Bell to authorize the district court to consider a second or successive 28 U.S.C. § 2254 habeas corpus petition.

UPON FULL REVIEW of the record and any submissions by the parties,

IT IS ORDERED that the motion for authorization is DENIED.

                                       **ENTERED BY ORDER OF THE COURT**

                                       Kelly L. Stephens, Clerk